Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALEXANDER WISE, Respondent, v. NEW YORK PLUMBERS SPECIALTIES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of total disability. All concur.

In the Matter of the Claim of LENA WOELFLE, Respondent, v. MULHOLLAND COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the deceased sustained an electric shock. All concur.

In the Matter of the Claim of FRANK WYBIERNOCKI, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of an accidental injury. All concur.

MELVIN E. WYNKOOP, Respondent, v. FRANCES PICHLER DANIELSON, Individually and as Executrix, etc., of EBENEZER A. VANDERMARK, Deceased, Appellant, and Others.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of MARY G. YAGER, Respondent, v. J. & T. MOTORS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of NICK ZANNER, Respondent, v. JOSEPH LIPKOFF and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs against the State Industrial Board.

---

FOURTH DEPARTMENT, SEPTEMBER, 1926.

SIMPLEX STEEL PRODUCTS COMPANY, Plaintiff, v. RICHARD T. FORD and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ELECTRO SURGICAL INSTRUMENT COMPANY, Plaintiff, v. BOEHM SURGICAL INSTRUMENT CORPORATION and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROCHESTER HAY AND GRAIN CORPORATION, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant. (Action No. 1.) — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROCHESTER HAY AND GRAIN CORPORATION, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant. (Action No. 2.) — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J. Clark, Davis, Sears and Crouch, JJ.

THOMAS L. HOLLING, Respondent, v. GEORGE T. WEISBECK, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.